## Borough of North Braddock, Appellant, v. The Public Service Commission of the Commonwealth of Pennsylvania.

Argued December 4, 1918. Appeal, No. 78, April T., 1919, by Borough of North Braddock, from order of the Public Service Commission of the Commonwealth of Pennsylvania. Complaint Docket No. 1867, in case of Borough of North Braddock v. Pittsburgh Railways Company and James D. Colley, H. S. A. Stewart, and Charles A. Fagan, Receivers of Pittsburgh Railways Company and the Public Service Commission of the Commonwealth of Pennsylvania. Before ORLADY, P. J., PORTER, HENDERSON, HEAD, KEPHART, TREXLER and WILLIAMS, JJ. Affirmed.

OPINION BY TREXLER, J., July 17, 1919:

For the reasons set forth in opinion, this day filed in

No. 71, April Term, 1919, the order of the Public Service Commission is approved. Appellant for costs.

PORTER and HENDERSON, JJ., dissent.